**Opinion issued October 3, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00812-CV**

———————————

**IN RE RANKIN ROAD, INC., Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**\*

On October 2, 2014, relator, Rankin Road, Inc., filed a petition for a writ of mandamus. We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

---

\*  The underlying case is *Rankin Road, Inc. v. Underwriters at Lloyds of London, Gulf Coast Claims Service, Pat Donovan, and John Andres*, in the 80th District Court of Harris County, Cause No. 2010-25885.

1

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Huddle.